**Fill in this information to identify the case:**

Debtor 1 _Michael Dewayne Johnson_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Louisiana

Case number _16-30977_

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NP162 LLC

**Court claim no.** (if known): _15_

**Last 4 digits** of any number you use to identify the debtor's account: 8 5 0 5

**Date of payment change:**
Must be at least 21 days after date of this notice _08/01/2018_

**New total payment:**
Principal, interest, and escrow, if any  $ _920.00_

---

**Part 1: Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment:  $ _236.16_      New escrow payment:  $ _269.36_

**Part 2: Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

**Part 3: Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

16-30977 - #64  File 07/09/18  Enter 07/09/18 12:28:25  Main Document  Pg 1 of 8

Michael Dewayne Johnson

Debtor 1 _____   Case number *(if known)* 16-30977 _____
        First Name    Middle Name    Last Name

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Angela Kristen Viale _____    Date  06/26/2018 _____
    Signature

Print:   Angela        Kristen        Viale _____    Title  Bankruptcy Asset Manager _____
         First Name    Middle Name    Last Name

Company   SN Servicing Corporation _____

Address   323 5th Street _____
          Number         Street
          Eureka                    CA      95501 _____
          City                      State   ZIP Code

Contact phone   800-603-0836 _____    Email  bknotices@snsc.com _____

---

SN Servicing Corporation
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836

Analysis Date:  June 19, 2018

MICHAEL D JOHNSON
DEIDRA A JOHNSON
PO BOX 423
OLLA LA  71465

Loan: ██████K

Property Address:
173 OUACHITA AVENUE
CLARKS, LA  71415

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Aug 2017 to July 2018.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Aug 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 650.64 | 650.64 |
| Escrow Payment: | 236.16 | 269.36 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $886.80 | $920.00 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Apr 01, 2018 |
| Escrow Balance: | 311.03 |
| Anticipated Pmts to Escrow: | 944.64 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,255.67 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,323.47 | 1,347.10 |
| Aug 2017 | 236.16 | | | | * | | 2,559.63 | 1,347.10 |
| Sep 2017 | 236.16 | | | | * | | 2,795.79 | 1,347.10 |
| Oct 2017 | 236.16 | 236.16 | | | | | 3,031.95 | 1,583.26 |
| Oct 2017 | | | | 2,829.00 | * | Homeowners Policy | 3,031.95 | (1,245.74) |
| Nov 2017 | 236.16 | 236.16 | 2,795.79 | | * | Homeowners Policy | 472.32 | (1,009.58) |
| Dec 2017 | 236.16 | | | | * | County Tax | 708.48 | (1,009.58) |
| Dec 2017 | | | 38.10 | 38.10 | | City/Town Tax | 670.38 | (1,047.68) |
| Jan 2018 | 236.16 | | | | * | | 906.54 | (1,047.68) |
| Feb 2018 | 236.16 | 236.16 | | | | | 1,142.70 | (811.52) |
| Mar 2018 | 236.16 | 236.16 | | | | | 1,378.86 | (575.36) |
| Apr 2018 | 236.16 | 236.16 | | | | | 1,615.02 | (339.20) |
| May 2018 | 236.16 | 414.07 | | | * | | 1,851.18 | 74.87 |
| Jun 2018 | 236.16 | 236.16 | | | | | 2,087.34 | 311.03 |
| Jul 2018 | 236.16 | | | | * | | 2,323.50 | 311.03 |
| | | | | | | Anticipated Transactions | 2,323.50 | 311.03 |
| Jun 2018 | | 708.48 | | | | | | 1,019.51 |
| Jul 2018 | | 236.16 | | | | | | 1,255.67 |
| | $2,833.92 | $2,775.67 | $2,833.89 | $2,867.10 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $2,833.89.  Under Federal law, your lowest monthly balance should not have exceeded $472.32 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

Page 1

silent on this issue.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

Analysis Date: June 19, 2018

MICHAEL D JOHNSON          Loan: ██████████

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|------|-----|-----|-----|-----|-----|
| | | | Starting Balance | 1,255.67 | 2,351.13 |
| Aug 2018 | 238.93 | | | 1,494.60 | 2,590.06 |
| Sep 2018 | 238.93 | | | 1,733.53 | 2,828.99 |
| Oct 2018 | 238.93 | | | 1,972.46 | 3,067.92 |
| Nov 2018 | 238.93 | 2,829.00 | Homeowners Policy | (617.61) | 477.85 |
| Dec 2018 | 238.93 | 38.10 | City/Town Tax | (416.78) | 678.68 |
| Dec 2018 | | | County Tax | (416.78) | 678.68 |
| Jan 2019 | 238.93 | | | (177.85) | 917.61 |
| Feb 2019 | 238.93 | | | 61.08 | 1,156.54 |
| Mar 2019 | 238.93 | | | 300.01 | 1,395.47 |
| Apr 2019 | 238.93 | | | 538.94 | 1,634.40 |
| May 2019 | 238.93 | | | 777.87 | 1,873.33 |
| Jun 2019 | 238.93 | | | 1,016.80 | 2,112.26 |
| Jul 2019 | 238.93 | | | 1,255.73 | 2,351.19 |
| | $2,867.16 | $2,867.10 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $477.85. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $477.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,255.67. Your starting balance (escrow balance required) according to this analysis should be $2,351.13. This means you have a shortage of $1,095.46. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 36 months.

We anticipate the total of your coming year bills to be $2,867.10. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 238.93 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 30.43 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $269.36 |

**Paying the shortage**:  If your shortage is paid in full, your new monthly payment will be $889.57 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.  If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Authorized Agent for Creditor
NP 162 LLC

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA – MONROE DIVISION

| | |
|---|---|
| In Re: | ) CASE NO.: 16-30977 |
| | ) |
| Michael Dewayne Johnson and Deidra Ann Johnson, | ) CHAPTER 13 |
| | ) |
| | ) **CERTIFICATE OF SERVICE** |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On July 9, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Michael Dewayne Johnson | E. Eugene Hastings (Ch 13 Trustee) |
| P.O. BOX 423 | POB 14839 |
| Olla, LA 71465 | Monroe, LA 71207 |
| | |
| Deidra Ann Johnson | **U.S. Trustee** |
| P.O. BOX 423 | Office of U. S. Trustee |
| Olla, LA 71465 | 300 Fannin St., Suite 3196 |
| | Shreveport, LA 71101 |
| **Debtor's Counsel** | |
| Elijah Orum Young, III | |
| E. Orum Young Law, LLC | |
| 200 Washington St. | |
| Monroe, LA 71201 | |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2018 at Santa Ana, California

*/s / Lora Amundson*
Lora Amundson

2